UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CENTURUM INFORMATION TECHNOLOGY, INC. : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : Civil Action No. 21-0082 <br> GEOCENT, LLC : JURY TRIAL DEMANDED <br> : <br> -and- : <br> : <br> 4S-SILVERSWORD SOFTWARE AND : <br> SERVICES LLC : <br> : <br> Defendants. : | |

## **TEMPORARY RESTRAINING ORDER**

Considering the Verified Complaint for a temporary restraining order and for a preliminary injunction, and considering the arguments made by counsel for Plaintiff and counsel for Defendant Geocent, LLC, the Court, for reasons orally delivered on January 14, 2021, finds that the Plaintiff through prima facie evidence has met the requirements for a temporary restraining order. Accordingly,

**IT IS HEREBY ORDERED** that a temporary restraining order is entered, enjoining and prohibiting Defendant Geocent, LLC ("Geocent") and its employees, agents, successors, assigns, and affiliates (including Defendant 4S-Silversword Software Services, LLC ("Silversword")), and those persons or entities in active concert or participation with them, from:

1. Contacting or soliciting Centurum personnel;

2. Accessing, studying, copying, using, disclosing, disseminating, taking notes on, or

      otherwise considering for any purpose Plaintiff's proprietary information and trade secrets;

3. Destroying, altering, erasing, secreting, or failing to preserve any and all of Plaintiff's business materials, property, proprietary information, confidential information or trade secrets, and/or any and all record or documents that may be relevant to this lawsuit, wherever located, and in whatever form, including but not limited to any documents, emails, reports, software, files, electronic data, tangible evidence, financial records, and any and all communications between any employee, member, owner, investor, or consultant of Geocent and/or Silversword, or their parent companies, subsidiaries, or joint ventures;

4. Failing to return to Centurum the information, property, and storage devices containing Plaintiff's proprietary information and/or trade secrets that are identified in the Verified Complaint and supporting documents.

**IT IS FURTHER ORDERED** that Defendant Geocent shall:

1. Take all necessary steps to put on hold the Geo4S Technologies joint venture proposal submitted to the Government which are based, in whole or in part, on Centurum's proprietary data or employee assets;

2. Provide the name(s) of individual(s) with knowledge and who can testify regarding all material in Geocent's possession that is based on the technical and price/cost data and/or input provided by Centurum, to include all notes and other documents generated, including but not limited to the April 2020 "Solutioning" session that Geocent hosted with two Centurum personnel; and

4. Install or cause to be installed a comprehensive litigation hold, for Geocent, Silversword, and Geo4S Technologies, on all hard copy and electronic documents and communications pertaining to the underlying projects and proposals, from 2017 to the present, to include without limitation all dealings with Centurum, the Government customer, and those acting in concert with defendants.

**IT IS FURTHER ORDERED** that Plaintiff post a bond of $5,000.00.

**IT IS ORDERED** that this temporary restraining order, unless extended for good cause, will expire by its terms within 14 days of the date and hour of its issuance. The parties may request a transcript of today's proceedings from Court Reporter Toni Tusa at (504) 589-7778.

**IT IS ORDERED** that a hearing on whether the Court should enter a preliminary injunction on the merits of Plaintiff's claims will be held on January 28, 2021, at 8:30 AM via Zoom. A pretrial conference by telephone will be held on January 26, 2021 at 8:30 AM. The Court will circulate dial-in information via email to the appropriate parties.

New Orleans, Louisiana, this 14th day of January 2021.

                                              UNITED STATES DISTRICT JUDGE